AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

DISTRICT OF  Massachusetts

UNITED STATES OF AMERICA
V.
Guaman

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
**(Rule 5 or 32.1, Fed. R. Crim. P.)**

CASE NUMBER:

_filed in open court 1/19/05_

I, _Luis Guaman_ , charged in a ☒ complaint ☐ petition pending in this District with _Fraud & Misuse of Visa_ in violation of Title _18_ , U.S.C., _1546_ ,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary ☐ examination ☒ hearing , do hereby waive (give up) my right to a preliminary ☐ examination ☒ hearing.

_1/19/05_
Date

X _[signature]_
Defendant

_[signature]_
Counsel for Defendant