UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | **05 CR 10050 NMG** |
| ) | Criminal No. 05-CR-_____ |
| v. ) | |
| ) | VIOLATIONS: |
| LUIS GILBERTO GUAMAN GUAMAN ) | |
| ) | 18 U.S.C. § 1546 – |
| ) | Obtaining a False Visa |

### INFORMATION

**COUNT ONE:**   **(18 U.S.C. § 1546(a) – Obtaining False Visa).**

The United States Attorney charges that:

On or about November 22, 2004, at Brockton, in the District of Massachusetts, LUIS GILBERTO GUAMAN GUAMAN, defendant herein, did knowingly and intentionally possess, obtain, accept and receive a visa, knowing it to be forged, counterfeited, altered, falsely made, and otherwise procured by fraud and unlawfully obtained.

All in violation of Title 18, United States Code, Section 1546(a).

MICHAEL J. SULLIVAN
United States Attorney

By: _____
NANCY RUE
Assistant U.S. Attorney

DATED:   February ___, 2005


**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Luis Gilberto Guaman Guaman

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1546(a) | Obtaining False Visa | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

05CR 10050 NMG

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

# Criminal Case Cover Sheet                     U.S. District Court - District of Massachusetts

**Place of Offense:**          Category No. __11__           Investigating Agency __ICE / IRS__

**City**  __Brockton__         **Related Case Information:**

**County** _____             Superseding Ind./ Inf. _____ Case No. _____
                              Same Defendant _____ New Defendant _____
                              Magistrate Judge Case Number  __05-1615-CBS__
                              Search Warrant Case Number _____
                              R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  __Luis Gilberto Guaman Guaman__         Juvenile:    ☐ Yes  ■ No

Alias Name _____

Address _____

Birthdate: __1982__   SS # _____    Sex: __Male__   Race: __Hispanic__    Nationality __Ecuadorian__

**Defense Counsel if known:**  __Elliot Weinstein, Esq.__    Address _____

Bar Number _____

**U.S. Attorney Information:**

AUSA  __Nancy Rue__                       Bar Number if applicable _____

Interpreter:   ■ Yes   ☐ No       List language and/or dialect:  __Spanish__

**Matter to be SEALED:**    ☐ Yes   ■ No

   ☐ Warrant Requested       ☐ Regular Process       ■ In Custody

**Location Status:**

Arrest Date  __January 14, 2005__

■ Already in Federal Custody as of  __January 14, 2005__  in  __Boston, Massachusetts__
☐ Already in State Custody at _____  ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____  on _____

**Charging Document:**   ☐ Complaint   ■ Information   ☐ Indictment

**Total # of Counts:**   ☐ Petty ___   ☐ Misdemeanor ___   ■ Felony ___

Continue on Page 2 for Entry of U.S.C. Citations

■   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  February __28__, 2005     Signature of AUSA: _____
                                                   Nancy Rue