UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 05-CR-10050-NMG |
| v. ) | |
| ) | |
| LUIS GILBERTO GUAMAN GUAMAN ) | |

## JOINT MOTION FOR PRE-PLEA INVESTIGATION & REPORT

The United States and the defendant, Luis Gilberto Guaman Guaman, through their respective counsel, hereby respectfully move this Court to order an abbreviated pre-plea presentence report.

In support of this motion, the parties note that the violation with which defendant is charged appears to carry a USSG Base Offense Level of 8, which would be reduced to a level of 5 by an early guilty plea. The parties also note that an immigration detainer has been lodged. Accordingly, the parties submit that it is in the interests of justice to obtain an early, abbreviated, PSR in order that sentencing may occur at the time of the plea if the Court determines that it is appropriate.

                MICHAEL J. SULLIVAN
                United States Attorney

    By:  /s/ Nancy Rue
           NANCY RUE
           Assistant U.S. Attorney


                LUIS GILBERTO GUAMAN GUAMAN

    By:  /s/ N. Rue for E.Weinstein per phone authority
           ELLIOT M. WEINSTEIN
           Attorney for Defendant Guaman

DATED:    March 18, 2005