# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                                ) | Criminal No. 05-10050-NMG |
| ) | |
| LUIS GILBERTO GUAMAN GUAMAN ) | |

## WAIVER OF INDICTMENT

I, Luis Gilberto Guaman Guaman, the above-named defendant, who is accused of knowingly and intentionally possessing, obtaining, accepting and receiving a visa on November 22, 2004, knowing it to be forged, counterfeited, altered, falsely made, and otherwise procured by fraud and unlawfully obtained, in violation of Title 18, United States Code, Section 1546(a), being advised of the nature of the charge(s), the proposed information, and my rights, hereby waive in open court on ___5/4/05___ prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

_____
Luis Gilberto Guaman Guaman
Defendant

_____
Elliot Weinstein
Counsel for the Defendant

Before: ___/s/ Gorton  5/4/05___
Hon. Nathaniel M. Gorton
United States District Judge